UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:17-cr-00033-RLY-CSW |
| | ) | |
| DEMARCO WAYNE ROACH, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On April 11, 2024, the Court held an initial hearing on a USPO Petition for Warrant for Offender Under Supervision filed May 6, 2024. [Dkt. No. 63] and a USPO Supplemental Petition for Warrant for Offender Under Supervision filed April 11, 2024. [Dkt. No. 71]. Defendant Demarco Wayne Roach appeared in person with appointed counsel Dax Womack. The government appeared by Todd Shellenbarger, Assistant United States Attorney. U. S. Probation and Parole was represented by Officer Katrina Sanders.

This matter was referred to the Magistrate Judge to conduct a hearing and make a report and recommendation as to disposition. [Dkt. Nos. 70 and 73]. The Defendant was advised that the District Judge is not bound to accept the Report and Recommendation.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court conducted an initial hearing and Defendant was advised of his rights and provided a copy of both petitions. [Dkt. Nos. 63 and 71].

2

2. The Defendant waived his rights to an identity hearing and a preliminary hearing.

3. After being placed under oath, Defendant Roach admitted violations number 1 and 2. The Court found Defendant was in violation of the terms of his supervised release.

4. The allegations to which the Court found Defendant Roach was in violation, as fully set forth in the petition, are:

**Violation**
**Number   Nature of Noncompliance**

1. **"The defendant shall not commit another federal, state or local crime."**

   On May 4, 2021, the offender was arrested in Vanderburgh County. On May 6, 2021, the case was filed in Vanderburgh County Circuit Court in case number to 82C01-2105-F4-2345. On April 19, 2022, Mr. Roach was sentenced on the following: Count One, Dealing in Methamphetamine between 1 and 5 grams, a level 4 felony, to 4 years in the Indiana Department of Correction (IDOC); Count One enhancement, Habitual Offender, to an additional 6 years, for a total of 10 years with the first 7 years served at IDOC and the balance of 3 years served at the Vanderburgh County Therapeutic Work Release Center; Count Two, Operating a Vehicle After Being Habitual Traffic Offender, a level 6 felony, to 2 years in IDOC; Count Three, Possession of a Narcotic Drug, a level 6 felony, to 2 years in IDOC; and Count Four, Possession of a Narcotic Drug, a level 6 felony, merged with Count Three.

   On April 4, 2024, a joint motion was filed by the parties vacating the Habitual Offender enhancement and dismissing it. On April 5, 2024, an amended sentence was ordered on Count One to 1,424 Days in custody, and the court found the defendant has served this sentence. The sentence remains ordered as consecutive to the sentence imposed in U.S. District Court Case 3:17CR00033.

2. **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized**

3

> **to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage."**
>
> As noted in violation one, the offender was convicted a new offense in Vanderburgh County Circuit Court involving the dealing and possession of controlled substances.

5. The parties stipulated that:

    (a)　The highest grade of violation is a Grade **A** violation.

    (b)　Defendant's criminal history category is **IV**.

    (c)　The range of imprisonment applicable upon revocation of supervised release, therefore, is **24** months' imprisonment.

6. The parties jointly recommended a sentence below the guideline range of eighteen (18) months with no further supervision to follow.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he be sentenced to the custody of the Attorney General or his designee for a period of eighteen (18) months with no further supervision to follow.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

Dated: April 12, 2024

*Crystal S. Wildeman*
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

4

5

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system United States Probation Office, United States Marshal